FILED
OCT - 1 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:26 CR 00442 |
| DAVID POYSSICK, | ) | Title 18, United States Code, Section 875(c) |
| | ) | |
| Defendant. | ) | JUDGE BRENNAN |

COUNT 1
(Interstate Communications with a Threat to Injure, 18 U.S.C. § 875(c))

The Grand Jury charges:

1. On or about August 17, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVID POYSSICK did knowingly and willfully transmit in interstate and foreign commerce any communication which contained a threat to injure the Victim., T.B., a person whose identity is known to the Grand Jury, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.