IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:26CR442 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| DAVID POYSSICK, | ) | <u>MOTION TO ISSUE ARREST WARRANT ON INDICTMENT</u> |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Kristen Rolph, Assistant U. S. Attorney, and hereby moves this Court to issue a warrant for the arrest of David Poyssick, pursuant to Fed. Crim. R. 9(a). On October 1, 2026, the Grand Jury returned an Indictment against Poyssick charging him with a violation of Title 18, United States Code, Section 875(c). The United States Marshals Service has advised that to ensure proper processing of the defendant following an indictment in this matter, an arrest warrant related to the Indictment must be issued. Poyssick is currently in federal custody pending sentencing in <u>United States v. David Poyssick</u>, Case No. 4:25CR138, before Judge John R. Adams in the Northern District of Ohio. The requested warrant is needed to ensure his continued custody by the United States Marshals Service and his availability for proceedings before this Court in the above-captioned case.

Therefore, the United States respectfully requests that a warrant issue for Poyssick's arrest.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Kristen Rolph

Kristen Rolph (MI: P75375)
Assistant United States Attorney
Federal Building
2 South Main Street
Akron, OH 44308
(330) 761-0525
(330) 375-5492 (facsimile)
Kristen.Rolph@usdoj.gov